# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 32 MAL 2016

          Respondent   :

                   :   Petition for Allowance of Appeal from
                   :   the Order of the Superior Court
          v.   :

KEVIN JAMES NEELY,   :

          Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of June, 2016, the Petition for Allowance of Appeal is **DENIED**.